**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **NOVELPOINT SECURITY LLC,**<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>**GENERAL DYNAMICS CORPORATION,**<br><br>　　　　　　　　　　Defendant. | Case No. 2:12-cv-115<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## AGREED MOTION TO DISMISS WITH PREJUDICE

　　　　Pursuant to Fed. R. Civ. P. 41, Plaintiff NovelPoint Security LLC ("NovelPoint") hereby moves to dismiss with prejudice NovelPoint's claims against Defendant General Dynamics Corporation ("General Dynamics") in this case, with each party to bear its own costs, expenses and attorneys' fees.


Dated: June 18, 2012　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　 /s/ Craig Tadlock
　　　　　　　　　　　　　　　　　　　　Craig Tadlock
　　　　　　　　　　　　　　　　　　　　State Bar No. 00791766
　　　　　　　　　　　　　　　　　　　　Keith Smiley
　　　　　　　　　　　　　　　　　　　　State Bar No. 24067869
　　　　　　　　　　　　　　　　　　　　TADLOCK LAW FIRM PLLC
　　　　　　　　　　　　　　　　　　　　2701 Dallas Parkway, Suite 360
　　　　　　　　　　　　　　　　　　　　Plano, Texas 75093
　　　　　　　　　　　　　　　　　　　　214-785-6014
　　　　　　　　　　　　　　　　　　　　craig@tadlocklawfirm.com
　　　　　　　　　　　　　　　　　　　　keith@tadlocklawfirm.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff NovelPoint Security LLC*

## **CERTIFICATE OF CONFERENCE**

  I hereby certify that on June 18, 2012, I conferred by email with outside counsel for Defendant General Dynamics Corporation, Benjamin J. Bradford of Jenner & Block, 353 North Clark Street, Chicago, IL 60654, phone 312-840-7224.  Counsel for General Dynamics and I agreed to the form and substance of this motion and all relief requested therein.  Accordingly, this motion is an agreed motion.

            /s/ Craig Tadlock
            Craig Tadlock


## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that, on this the 18th day of June, 2012, the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).

            /s/ Craig Tadlock
            Craig Tadlock